UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00057

**Stephen Landry,**
*Plaintiff,*

v.

**Lonnie Townsend et al.,**
*Defendants.*

# ORDER

Plaintiff Stephen Landry, proceeding pro se and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love. Thereafter, defendants Elizabeth Carmichael and Marciela Rendon filed a motion to dismiss all of plaintiff's claims based on qualified immunity and failure to state a claim. Doc. 15. On December 18, 2023, Judge Love issued a report and recommendation (Doc. 20), recommending that the motion be granted, and that plaintiff's claims be dismissed with prejudice. To date, no objections have been filed, and the time period for doing so has passed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. For the reasons stated in the report, defendants' motion to dismiss (Doc. 15) is granted. This action is dismissed with prejudice on the basis of qualified immunity and failure to state a claim.

*So ordered by the court on January 24, 2024.*

_____
J. CAMPBELL BARKER
United States District Judge